# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACK D. SANDRIDGE AND BOONYUEN SANDRIDGE (Husband and Wife), | ) ) ) |
| Plaintiffs, | ) Case No. 2:13-cv-00640-GMN-GWF |
| vs. | ) **ORDER** |
| UNIVERSAL MORTGAGE CORPORATION, *et al.*, | ) ) ) |
| Defendants. | ) |

This matter is before the Court on Defendants' failure to file a Statement in Removal. The Minutes of the Court (#3) dated April 16, 2013, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendants have not complied. Accordingly,

**IT IS ORDERED** counsel for Defendants shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **May 20, 2013**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 8th day of May, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge